201 F.2d 819
 Joseph YGLESIAS, Appellant,
v.
GULFSTREAM PARK RACING ASSOCIATION, Inc., Appellee.
 No. 14073.
 United States Court of Appeals Fifth Circuit.
 Jan. 29, 1953.
 
 Herbert A. Warren, Jr., J. M. Flowers, Hilton R. Carr., Jr., Miami, Fla., for appellant.
 W. G. Ward, Miami, Fla., for appellee.
 Before HUTCHESON, Chief Judge, and STRUM and RIVES, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on authority of Yglesias v. Gulfstream Park Racing Ass'n, Inc., 5 Cir., 201 F.2d 817.
 
 
 2
 RIVES, Circuit Judge, dissents.